# EXHIBIT B

## **AGREEMENT**

I have been authorized by 51% consent of ThinkVillage-Kiwi, LLC ("TVK") and by the authorized officer of XBO, LLC ("XBO") to accept the offer Donavan Poulin made on the following terms which are consistent with the terms Donavan Poulan delivered to me verbally on June 17, 2010. Throughout this document the term "You" shall include Donavan Poulin Personally and Kiwi International, acting through Donavan Poulin, its authorized agent:

1) By **9:00 p.m. Mountain Time on June 17, 2010**, You will confirm by return email to my attention at pjonjak@yahoo.com Your vote in favor of accepting a settlement offer from Adobe containing the following terms:
a)  Adobe will pay TVK the sum of **Three Million U.S. Dollars ($3,000,000)**.
b)  TVK will assign the trade secrets to Adobe.
c)  TVK will grant Adobe a nonexclusive, fully paid-up license of all patent rights it has.
d)  TVK will reserve rights under the patents against Apple, Microsoft and Google.
e)  Donavan Poulin and Kiwi International will execute a document granting a release and covenant not to sue to Adobe. The release will extend to any claim that was made or that could have been made in the litigation, that arises out of or relates to the litigation or that arises out of or relates to settlement of the litigation. The covenant not to sue will extend to any claim that relates to the trade secrets, that arises out of or relates to the litigation, that arises out of or relates to settlement of the litigation or for infringement of any patents issuing from or claiming priority to applications that are or were owned by Donavan Poulin, Kiwi or their affiliates as of the date of the settlement.
f)  Adobe, TVK, XBO, Donavan Poulin and Kiwi will execute documents granting mutual releases of all claims any may have against any other including officers, employees, agents, attorneys, equity holders or other investors of those entities.

2) By **9:00 p.m. Mountain Time on June 17, 2010**, You will confirm by return email that You will execute and return to the Niro, Haller & Niro firm by email executed copies of all documents presented to You to carry out the settlement described above within four (4) hours of presentation of those documents to You by email. You will not edit, modify or amend the documents but, instead, will sign them as presented to You.

3) You will no later than June 23, 2010 execute and deliver to TVK's Attorney a document provided by TVK's attorneys that transfers to TVK and/or Adobe (at TVK's discretion) a nonexclusive, fully paid-up license to Adobe of any patent rights TVK may have transferred to You.

4) Conditional upon You executing all documents to be executed by you in compliance with this agreement, You or an entity designated by You will receive a payment of One Million U.S. Dollars ($1,000,000) (less any tax withholding that a taxing authority believes its rules require to be transferred to it) within forty-eight (48) hours after TVK receives the funds identified in paragraph 1)a) above, which You will accept as payment in full for transfer to TVK and/or Adobe of a nonexclusive, fully paid-up license to Adobe of any patent rights TVK may have transferred to You and any and all claims You may

have against any of the parties, including all payments due You by the terms of the TVK Operating Agreement. This payment is different than that which would have been due you under the terms of TVK's Operating Agreement, but fully satisfies any such payments that would otherwise have been due. In the event this agreement is not executed, the only payments due you from TVK or XBO are those specified under the terms of the Operating Agreement of TVK.

5) All terms of the TVK Operating Agreement that are not specifically altered by this agreement shall remain in full force and effect.

6) TVK will grant You a personal, non-transferable option to purchase within one hundred twenty (120) days of this date the interest of XBO in TVK for the price of One Million U.S. Dollars ($1,000,000) to be paid in full within the one hundred twenty (120) days. In addition if TVK has any cash at the time of the purchase of the XBO interest, you will reimburse XBO for its share of that cash. If You exercise this option, You shall within thirty (30) days cause TVK to be liquidated as an entity, presumably after You have caused TVK to transfer all patent rights to an entity of Your choice. At the time of payment by You for XBO's interest in TVK for the patent rights, another mutual general release of any and all claims will be signed between You, TVK, and XBO granting mutual releases of all claims any may have against any other including officers, employees, agents, attorneys, equity holders or other investors of those entities.

7) This document sets forth the basic terms of our agreement. It is understood that many technical terms addressing tax and legal and business issues will need to be included in the final set of documents that will be drafted by counsel for TVK and XBO within 10 business days. You, XBO and TVK hereby agree to execute those final documents within eight (8) hours of presentation, conditional upon all terms being consistent with the terms of this agreement.

8) You have required that this agreement be made today. We can have an agreement today only if the terms set forth in this document are accepted as a final agreement between the parties. This agreement will be binding and enforceable upon all parties upon Your return email of acceptance.

9) You have required that Your terms be accepted rather than counter offered. TVK and XBO require the same. Every term You proposed has been incorporated and the only additions have been those necessary to specify how the agreement will be carried out and final documents executed. Any modification by You of any of these terms will be treated as a rejection of the agreement. This agreement will be null and void if the email confirmation required in paragraph 1 above is not received.

10) The emailing of this document to Donavan Poulin constitutes representation by Paul Jonjak that this agreement has been approved and the terms herein accepted conditional upon acceptance by You within the specified time frame.

11) An email by Donavan Poulin to pjonjak@yahoo.com stating this agreement is accepted (without any conditions) within the time frame specified in Paragraphs 1 & 3 shall constitute acceptance of the

terms of this agreement by You and shall be construed as your acceptance of and compliance with paragraphs 1 & 3.

12)     By the terms of this agreement a contract is created between the parties upon the sending of the email specified in paragraph 11) above and a record of that email is sufficient evidence of a binding contract between the parties.   The parties will within 24 hours of acceptance by You execute and exchange executed copies of this agreement by email.

13) As in past discussions between the parties, it is recommended that all parties be represented by counsel.  By acceptance of this agreement each party acknowledges they have been represented by counsel or hereby waive representation of counsel after being advised to obtain such representation.

Dated:  June 17, 2010                           _____
                                                Paul Jonjak

**ACCEPTED AND AGREED TO:**

Dated:  June 17, 2010                           ThinkVillage-Kiwi, LLC

                                                By: _____

Dated:  June 17, 2010                           XBO, LLC

                                                By: _____

Dated:  June 17, 2010                           _____
                                                Donavan Poulin

Dated:  June 17, 2010                           Kiwi International

By: _____