**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-01697-MSK-KMT

PAUL JONJAK, an individual,
XBO, LLC, a Colorado limited liability company,
THINKVILLAGE-KIWI, LLC, a Colorado limited liability company,

       Plaintiffs,
v.

DONAVAN POULIN, an individual, and
KIWI INTERNATIONAL, a United Kingdom limited corporation.

       Defendants.

## NOTICE OF FILING SEALED EXHIBITS

Plaintiffs, Paul Jonjak, ("Jonjak), XBO, LLC, ("XBO"), and ThinkVillage-Kiwi, LLC, ("ThinkVillage"), (collectively "Plaintiffs"), by and through their attorneys, Brownstein Hyatt Farber Schreck, LLP, hereby submit the Sealed Exhibits to Plaintiffs' Unopposed Motion for Extension of Time to File Stipulation of Dismissal with Prejudice (filed concurrently herewith).

Dated:  November 2, 2010

Respectfully submitted,

*s/ Kathryn R. Rothman*
Peter J. Korneffel, #19836
Kathryn R. Rothman, #37048
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Telephone: 303.223.1100
Fax:  303.223.1111
Email: pkorneffel@bhfs.com
           krothman@bhfs.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2010, I electronically filed the foregoing **NOTICE OF FILING SEALED EXHIBITS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Derek C. Anderson
Michaels, Ward & Rabinovitz, LLP
1113 Spruce Street, Suite 302B
Boulder, CO 80302
Phone: 303.482.1046
Email: dca@michaelsward.com

*s/ Allecia D. Cavallaro*
   Allecia D. Cavallaro

14547\1\1464351.1