**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01697-MSK-KMT

PAUL JONJAK, an individual,
XBO, LLC, a Colorado limited liability company,
THINKVILLAGE-KIWI, LLC, a Colorado limited liability company,

        Plaintiffs,
v.

DONAVAN POULIN, an individual, and
KIWI INTERNATIONAL, a United Kingdom limited corporation.

        Defendants.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Paul Jonjak, ("Jonjak"), XBO, LLC, ("XBO"), and ThinkVillage-Kiwi, LLC, ("ThinkVillage"), (collectively "Plaintiffs"), hereby dismiss Plaintiffs' claims against Defendants Donovan Poulin, ("Poulin"), and Kiwi International, ("Kiwi"), (collectively "Defendants"), with prejudice. As grounds therefore, Plaintiffs state as follows:

Plaintiffs and Defendants have reached an agreement pursuant to their Binding Term Sheet (attached as Exhibit 1), and dismissal of the present action is appropriate. The Binding Term Sheet is a binding agreement, contains all the material terms of the parties' agreement, and provides for mutual releases that became effective upon the execution of the Binding Term Sheet.

Furthermore, Defendants have not answered or served a responsive pleading in response to the Plaintiffs' complaint, and therefore dismissal without a court order under F.R.C.P. 41(a)(1)(A)(i) is appropriate.

Dated November 9, 2010

Respectfully submitted,

*s/ Kathryn R. Rothman*
Peter J. Korneffel, # 19836
Kathryn R. Rothman, #37048
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Telephone: 303.223.1100
Fax: 303.223.1111
Email: pkorneffel@bhfs.com
          krothman@bhfs.com

ATTORNEYS FOR PLAINTIFFS

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of November, 2010, a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Derek C. Anderson
Michaels, Ward & Rabinovitz, LLP
1113 Spruce Street, Suite 302B
Boulder, CO 80302
Phone: 303.482.1046
Email: dca@michaelsward.com

*s/ Allecia D. Cavallaro*
Allecia D. Cavallaro

14547\1\1467086.3